**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-cr-00094-REB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

3.  JAN PHELPS,

        Defendant.

**ORDER MODIFYING CONDITIONS OF PROBATION ALLOWING DEFENDANT TO RELEASE FROM A COMMUNITY CORRECTIONS CENTER**

**Blackburn, J.**

       On October 21, 2005, the defendant commenced placement at ComCor, a community corrections center in Colorado Springs, Colorado, as a special condition of her sentence to probation.  The placement was for up to six months.  The defendant has complied with the rules and regulations of the facility, is working full time, is participating in substance abuse counseling, and there has been no indication of any illicit drug use.
       The probation officer is requesting the defendant be released from the community corrections center.

**THEREFORE IT IS ORDERED** that the defendant be released from Comcor, a community corrections center in Colorado Springs, Colorado, and that all other conditions previously imposed on October 7, 2005, remain in full force and effect.

       Dated at Denver, Colorado, this 25th day of January, 2006.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United States District Judge**